IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEATRICE HUDSON, ) | |
| ) | 8:05CV84 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REASSIGNMENT ORDER |
| CITY OF OMAHA, ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and remains assigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 27th day of April, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE