IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEATRICE HUDSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv84 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CITY OF OMAHA, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on filing no. 11, the Motion for Leave to Amend filed by the plaintiff, Beatrice Hudson. In a Memorandum and Order of February 25, 2005, Judge Richard G. Kopf conducted initial review of the plaintiff's Amended Complaint against the City of Omaha, Nebraska. Judge Kopf found that the plaintiff had asserted only one claim which adequately stated a cause of action on which relief could conceivably be granted. The plaintiff alleges that on specified dates, Omaha police officers detained her or issued tickets, not because of anything the plaintiff did, but because of her race. All other claims previously asserted were dismissed by Judge Kopf pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). As stated in Judge Kopf's Memorandum and Order, this case will proceed on the plaintiff's one remaining claim of racial discrimination on the specified dates.

    Accordingly, filing no. 11 is denied.

    SO ORDERED.

    DATED this 5th day of August, 2005.

                                            BY THE COURT:

                                            s/ F. A. GOSSETT
                                            United States Magistrate Judge