IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEATRICE HUDSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv84 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CITY OF OMAHA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on filing no. 13, the "Motion to Dismiss - Rule 41" in which the plaintiff, Beatrice Hudson, moves for a voluntary dismissal of the above-entitled case. Pursuant to Fed. R. Civ. P. 41(a)(1)(i) or (2), the motion is granted. Judgment will be entered accordingly.

SO ORDERED.

August 9, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge